JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LYNNE CROUCH, | Case No. CV 12-0624-OP |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: November 8, 2012

                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge